**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 25, 2014

Hon. Oscar O. Gomez
Kittleman, Thomas, Ramirez, & Gonzales, Pllc
4900-B North 10Th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Antonio Villeda
Law Office of Antonio Villeda
5414 N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman Thomas, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00638-CV
Tr.Ct.No.  2011-CPC-239-A
Style:    IN THE ESTATE OF TEROLLE K. LUTHEN, DECEASED

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Joe G. Rivera, Cameron County Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)